UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: BORK, JAMES L.G. | § | Case No. 12-84397 |
| BORK, KRISTINA M. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 26, 2012. The undersigned trustee was appointed on November 27, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $         6,000.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 30.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 5,970.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/12/2013 and the deadline for filing governmental claims was 04/12/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,350.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,350.00, for a total compensation of $1,350.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $37.95, for total expenses of $37.95.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/23/2013      By:/s/MEGAN G. HEEG
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 12-84397 | Trustee: | (330490) MEGAN G. HEEG |
| --- | --- | --- | --- |
| Case Name: | BORK, JAMES L.G. | Filed (f) or Converted (c): | 11/26/12 (f) |
| | BORK, KRISTINA M. | §341(a) Meeting Date: | 12/28/12 |
| Period Ending: 04/23/13 | | Claims Bar Date: | 04/12/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Single-family residence, Location: 1728 Russet L<br>Orig. Description: Single-family residence, Location: 1728 Russet Ln, Sycamore IL 60178 | 137,587.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on Hand<br>Orig. Description: Cash on Hand Location: 1728 Russet Ln, Sycamore IL 60178 | 300.00 | 300.00 | | 300.00 | FA |
| 3 | Checking Acct x4924<br>Orig. Description: Checking Acct x4924 Location: American Midwest Bank, 124 S Main St,, Sycamore, IL 60178 | 1,293.80 | 824.38 | | 824.38 | FA |
| 4 | Savings Acct x9622<br>Husband's Savings Acct x9622 Location: American Midwest Bank, 124 S Main St,, Sycamore, IL 60178 | 801.66 | 801.66 | | 801.66 | FA |
| 5 | Savings Acct x3802<br>Husband's Savings Acct x3802 Location: Illinois Community Credit Union, 508 W, State St, Sycamore, IL 60178 | 1,294.54 | 1,309.48 | | 1,309.48 | FA |
| 6 | Checking Acct x3802<br>Orig. Description: Checking Acct x3802 Location: Illinois Community Credit Union, 508 W, State St, Sycamore, IL 60178 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Household goods, furnishings, appliances & elect<br>Orig. Description: Household goods, furnishings, appliances & electronics Location: 1728 Russet Ln, Sycamore IL 60178 | 750.00 | 420.00 | | 420.00 | FA |
| 8 | Family pictures<br>Orig. Description: Family pictures Location: 1728 Russet Ln, Sycamore IL 60178 | 20.00 | 0.00 | | 0.00 | FA |
| 9 | Necessary wearing apparel - Debtor<br>Orig. Description: Necessary wearing apparel - Debtor Location: 1728 Russet Ln, Sycamore IL 60178 | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Necessary wearing apparel - Joint Debtor<br>Orig. Description: Necessary wearing apparel - Joint Debtor Location: 1728 Russet Ln, Sycamore IL 60178 | 200.00 | 0.00 | | 0.00 | FA |
| 11 | Necessary wearing apparel - Dependents | 200.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-84397  
**Case Name:** BORK, JAMES L.G.  
BORK, KRISTINA M.  
**Period Ending:** 04/23/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 11/26/12 (f)  
**§341(a) Meeting Date:** 12/28/12  
**Claims Bar Date:** 04/12/13

| 1<br>Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Description: Necessary wearing apparel - Dependents Location: 1728 Russet Ln, Sycamore IL 60178 | | | | | |
| 12 | Access Services of Northern Illinois 403(B) Plan<br>Orig. Description: Access Services of Northern Illinois 403(B) Plan x1580 Location: Principal Financial Group | 772.89 | 0.00 | | 0.00 | FA |
| 13 | Caterpillar Inc. Tax Deferred Retirement Plan x7<br>Orig. Description: Caterpillar Inc. Tax Deferred Retirement Plan x7632 Location: Hewitt & Associates | 6,781.17 | 0.00 | | 0.00 | FA |
| 14 | Reitrement Acct<br>Orig. Description: Reitrement Acct Location: TIAA CREF Financial Services, 730 Third, Ave, New York, NY 10017-3206 | 3,389.72 | 0.00 | | 0.00 | FA |
| 15 | Illinois Municipal Retirement Fund Acct<br>Orig. Description: Illinois Municipal Retirement Fund Acct Location: Illinois Municipal Retirement Fund | 8,551.11 | 0.00 | | 0.00 | FA |
| 16 | Series EE U.S. Savings Bonds<br>Series EE U.S. Savings Bonds Location: 1728 Russet Ln, Sycamore IL 60178 (in Husband's name, w/ Wife POD) | 8,500.00 | 0.00 | | 0.00 | FA |
| 17 | 2004 Ford Focus<br>Husband's 2004 Ford Focus Location: 1728 Russet Ln, Sycamore IL 60178 | 3,917.00 | 850.00 | | 850.00 | FA |
| 18 | 2000 Dodge Caravan<br>2000 Dodge Caravan Location: 1728 Russet Ln, Sycamore IL 60178 | 1,682.00 | 942.00 | | 942.00 | FA |
| 19 | 1988 Ford Festiva<br>Husband's 1988 Ford Festiva Location: 1728 Russet Ln, Sycamore IL 60178 | 500.00 | 280.00 | | 280.00 | FA |
| 20 | 15-foot Row Boat<br>Orig. Description: 15-foot Row Boat Location: 1728 Russet Ln, Sycamore IL 60178 | 100.00 | 56.00 | | 56.00 | FA |
| 21 | Computer & desk<br>Orig. Description: Computer & desk Location: 1728 | 75.00 | 42.00 | | 42.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| Case Number: | 12-84397 | Trustee: | (330490) MEGAN G. HEEG |
|---|---|---|---|
| Case Name: | BORK, JAMES L.G. | Filed (f) or Converted (c): | 11/26/12 (f) |
| | BORK, KRISTINA M. | §341(a) Meeting Date: | 12/28/12 |
| Period Ending: 04/23/13 | | Claims Bar Date: | 04/12/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Russet Ln, Sycamore IL 60178 | | | | | |
| 22 | AUTOMOBILES AND OTHER VEHICLES<br>Trailer in Husband's name | 0.00 | 56.00 | | 56.00 | FA |
| 23 | Other Personal Property (unscheduled) (u)<br>Tools, incluidng Craftsmen tools | 0.00 | 118.48 | | 118.48 | FA |
| 24 | Other Personal Property (unscheduled) (u)<br>Potential tax refunds (3,200+ for 2011) | 0.00 | 0.00 | | 0.00 | FA |
| 24 | **Assets   Totals** (Excluding unknown values) | **$176,915.89** | **$6,000.00** | | **$6,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   July 30, 2013          **Current Projected Date Of Final Report (TFR):**   April 23, 2013  (Actual)

Printed: 04/23/2013 09:31 AM    V.13.13

Case 12-84397   Doc 33   Filed 05/07/13   Entered 05/07/13 16:25:53   Desc Main
Document   Page 6 of 11

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 12-84397 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | BORK, JAMES L.G. | | Bank Name: | Rabobank, N.A. |
| | BORK, KRISTINA M. | | Account: | ****096466 - Checking Account |
| Taxpayer ID #: | **-***0003 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 04/23/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/28/13 | | James and Kristina Bork Bork | Per Motion to Compromise | | | 6,000.00 | | 6,000.00 |
| | {2} | | cash on hand | 300.00 | 1129-000 | | | 6,000.00 |
| | {3} | | checking account | 824.38 | 1129-000 | | | 6,000.00 |
| | {4} | | savings account | 801.66 | 1129-000 | | | 6,000.00 |
| | {5} | | savings account | 1,309.48 | 1129-000 | | | 6,000.00 |
| | {7} | | household goods | 420.00 | 1129-000 | | | 6,000.00 |
| | {18} | | 2000 Dodge Caravan | 942.00 | 1129-000 | | | 6,000.00 |
| | {19} | | 1988 Ford Festiva | 280.00 | 1129-000 | | | 6,000.00 |
| | {20} | | Row boat | 56.00 | 1129-000 | | | 6,000.00 |
| | {21} | | computer & desk | 42.00 | 1129-000 | | | 6,000.00 |
| | {22} | | Trailer | 56.00 | 1110-000 | | | 6,000.00 |
| | {23} | | Tools, including<br>Craftsman tools | 118.48 | 1229-000 | | | 6,000.00 |
| | {17} | | 2004 Ford Focus | 850.00 | 1129-000 | | | 6,000.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 5,990.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 5,980.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 5,970.00 |

| | ACCOUNT TOTALS | 6,000.00 | 30.00 | $5,970.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | Subtotal | 6,000.00 | 30.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $6,000.00 | $30.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ****096466 | 6,000.00 | 30.00 | 5,970.00 |
| | $6,000.00 | $30.00 | $5,970.00 |

{} Asset reference(s)                                                                 Printed: 04/23/2013 09:31 AM   V.13.13

# Claims Proposed Distribution

## Case:  12-84397   BORK, JAMES L.G.

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $5,970.00 | Total Proposed Payment: | $5,970.00 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Ehrmann Gehlbach Badger Lee & Considine, LLC | Admin Ch. 7 | 39.75 | 39.75 | 0.00 | 39.75 | 39.75 | 5,930.25 |
| | <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | Ehrmann Gehlbach Badger Lee & Considine, LLC | Admin Ch. 7 | 1,440.00 | 1,440.00 | 0.00 | 1,440.00 | 1,440.00 | 4,490.25 |
| | <3110-00  Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | MEGAN G. HEEG | Admin Ch. 7 | 37.95 | 37.95 | 0.00 | 37.95 | 37.95 | 4,452.30 |
| | <2200-00  Trustee Expenses> | | | | | | | |
| | MEGAN G. HEEG | Admin Ch. 7 | 1,350.00 | 1,350.00 | 0.00 | 1,350.00 | 1,350.00 | 3,102.30 |
| | <2100-00  Trustee Compensation> | | | | | | | |
| 13P | Internal Revenue Service | Priority | 1,944.57 | 1,944.57 | 0.00 | 1,944.57 | 1,944.57 | 1,157.73 |
| 1 | Discover Bank | Unsecured | 7,062.58 | 7,062.58 | 0.00 | 7,062.58 | 152.30 | 1,005.43 |
| 2 | Discover Bank | Unsecured | 8,598.20 | 8,598.20 | 0.00 | 8,598.20 | 185.40 | 820.03 |
| 3 | PYOD, LLC its successors and assigns as assignee | Unsecured | 2,226.55 | 2,226.55 | 0.00 | 2,226.55 | 48.01 | 772.02 |
| 4 | CERASTES, LLC | Unsecured | 6,330.60 | 6,330.60 | 0.00 | 6,330.60 | 136.51 | 635.51 |
| 5 | Us Dept Of Education | Unsecured | 16,536.60 | 16,536.60 | 0.00 | 16,536.60 | 356.57 | 278.94 |
| | Claim Memo: | | | | | | | |
| | Schedule F Account: XXXXXXXXXXX9536 | | | | | | | |
| | Schedule F Account: XXXXXXXXXXX9636 | | | | | | | |
| | Schedule F Account: XXXXXXXXXXX9836 | | | | | | | |
| 6 | Capital One, N.A. | Unsecured | 2,665.68 | 2,665.68 | 0.00 | 2,665.68 | 57.48 | 221.46 |
| 7 | GE Capital Retail Bank | Unsecured | 1,154.97 | 1,154.97 | 0.00 | 1,154.97 | 24.90 | 196.56 |
| 8 | FIA CARD SERVICES, N.A. | Unsecured | 3,217.38 | 3,217.38 | 0.00 | 3,217.38 | 69.38 | 127.18 |
| 9 | Capital One, N.A.(Menards) | Unsecured | 402.43 | 402.43 | 0.00 | 402.43 | 8.68 | 118.50 |
| 10 | Capital One, N.A. (Best Buy Co., Inc.) | Unsecured | 1,543.17 | 1,543.17 | 0.00 | 1,543.17 | 33.27 | 85.23 |
| 11 | eCAST Settlement Corporation, assignee | Unsecured | 2,370.99 | 2,370.99 | 0.00 | 2,370.99 | 51.13 | 34.10 |
| 12 | eCAST Settlement Corporation, assignee | Unsecured | 1,464.27 | 1,464.27 | 0.00 | 1,464.27 | 31.57 | 2.53 |
| 13U | Internal Revenue Service | Unsecured | 117.42 | 117.42 | 0.00 | 117.42 | 2.53 | 0.00 |

## Claims Proposed Distribution

### Case: 12-84397   BORK, JAMES L.G.

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $5,970.00 | Total Proposed Payment: | $5,970.00 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Total for Case 12-84397 : | | $58,503.11 | $58,503.11 | $0.00 | $58,503.11 | $5,970.00 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $2,867.70 | $2,867.70 | $0.00 | $2,867.70 | 100.000000% |
| Total Priority Claims : | $1,944.57 | $1,944.57 | $0.00 | $1,944.57 | 100.000000% |
| Total Unsecured Claims : | $53,690.84 | $53,690.84 | $0.00 | $1,157.73 | 2.156290% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-84397
Case Name: BORK, JAMES L.G.
Trustee Name: MEGAN G. HEEG

**Balance on hand:** $ 5,970.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 5,970.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,350.00 | 0.00 | 1,350.00 |
| Trustee, Expenses - MEGAN G. HEEG | 37.95 | 0.00 | 37.95 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 1,440.00 | 0.00 | 1,440.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 39.75 | 0.00 | 39.75 |

Total to be paid for chapter 7 administration expenses: $ 2,867.70
Remaining balance: $ 3,102.30

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,102.30

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above which may be allowed by the Court, priority claims totaling $1,944.57 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13P | Internal Revenue Service | 1,944.57 | 0.00 | 1,944.57 |

Total to be paid for priority claims: $ 1,944.57
Remaining balance: $ 1,157.73

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 53,690.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 7,062.58 | 0.00 | 152.30 |
| 2 | Discover Bank | 8,598.20 | 0.00 | 185.40 |
| 3 | PYOD, LLC its successors and assigns as assignee | 2,226.55 | 0.00 | 48.01 |
| 4 | CERASTES, LLC | 6,330.60 | 0.00 | 136.51 |
| 5 | Us Dept Of Education | 16,536.60 | 0.00 | 356.57 |
| 6 | Capital One, N.A. | 2,665.68 | 0.00 | 57.48 |
| 7 | GE Capital Retail Bank | 1,154.97 | 0.00 | 24.90 |
| 8 | FIA CARD SERVICES, N.A. | 3,217.38 | 0.00 | 69.38 |
| 9 | Capital One, N.A.(Menards) | 402.43 | 0.00 | 8.68 |
| 10 | Capital One, N.A. (Best Buy Co., Inc.) | 1,543.17 | 0.00 | 33.27 |
| 11 | eCAST Settlement Corporation, assignee | 2,370.99 | 0.00 | 51.13 |
| 12 | eCAST Settlement Corporation, assignee | 1,464.27 | 0.00 | 31.57 |
| 13U | Internal Revenue Service | 117.42 | 0.00 | 2.53 |

Total to be paid for timely general unsecured claims: $ 1,157.73
Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $         0.00
Remaining balance:                                    $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $         0.00
Remaining balance:                        $         0.00

**UST Form 101-7-TFR (05/1/2011)**