UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: BORK, JAMES L.G. | § | Case No. 12-84397 |
| BORK, KRISTINA M. | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 06/03/2013 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated: 04/22/2013          By: /s/MEGAN G. HEEG
                                                    Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**UST Form 101-7-NFR (10/1/2010)**

Case 12-84397   Doc 38   Filed 05/08/13   Entered 05/12/13 13:01:23   Desc Imaged
Certificate of Notice   Page 3 of 9

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: BORK, JAMES L.G. | § | Case No. 12-84397 |
| BORK, KRISTINA M. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 6,000.00 |
| and approved disbursements of | $ 30.00 |
| leaving a balance on hand of [1] | $ 5,970.00 |
| **Balance on hand:** | $ 5,970.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,970.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,350.00 | 0.00 | 1,350.00 |
| Trustee, Expenses - MEGAN G. HEEG | 37.95 | 0.00 | 37.95 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 1,440.00 | 0.00 | 1,440.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 39.75 | 0.00 | 39.75 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,867.70 |
| Remaining balance: | $ 3,102.30 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,102.30

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,944.57 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13P | Internal Revenue Service | 1,944.57 | 0.00 | 1,944.57 |

Total to be paid for priority claims: $ 1,944.57
Remaining balance: $ 1,157.73

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 53,690.84 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 7,062.58 | 0.00 | 152.30 |
| 2 | Discover Bank | 8,598.20 | 0.00 | 185.40 |
| 3 | PYOD, LLC its successors and assigns as assignee | 2,226.55 | 0.00 | 48.01 |
| 4 | CERASTES, LLC | 6,330.60 | 0.00 | 136.51 |
| 5 | Us Dept Of Education | 16,536.60 | 0.00 | 356.57 |
| 6 | Capital One, N.A. | 2,665.68 | 0.00 | 57.48 |
| 7 | GE Capital Retail Bank | 1,154.97 | 0.00 | 24.90 |
| 8 | FIA CARD SERVICES, N.A. | 3,217.38 | 0.00 | 69.38 |
| 9 | Capital One, N.A.(Menards) | 402.43 | 0.00 | 8.68 |
| 10 | Capital One, N.A. (Best Buy Co., Inc.) | 1,543.17 | 0.00 | 33.27 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 11 | eCAST Settlement Corporation, assignee | 2,370.99 | 0.00 | 51.13 |
| 12 | eCAST Settlement Corporation, assignee | 1,464.27 | 0.00 | 31.57 |
| 13U | Internal Revenue Service | 117.42 | 0.00 | 2.53 |

Total to be paid for timely general unsecured claims: $ 1,157.73
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                               Case No. 12-84397-TML
James L.G. Bork                                                      Chapter 7
Kristina M. Bork
         Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0752-3          User: cshabez              Page 1 of 3                  Date Rcvd: May 08, 2013
                              Form ID: pdf006            Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2013.
db/jdb         +James L.G. Bork,    Kristina M. Bork,    1728 Russet Ln,    Sycamore, IL 60178-2738
19731098        All Kids and Familycare,    PO Box 19121,    Springfield, IL 62794-9121
19731099       +Bank Of America,    Attention: Recovery Department,    4161 Peidmont Pkwy.,
                 Greensboro, NC 27410-8110
19731100        Barclays Bank Delaware,    Attention: Bankruptcy,    Po Box 1337,    Philadelphia, PA 19101
19731101       +Cap1/bstby,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
19731102       +Cap1/mnrds,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
20016366        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20208986       +Capital One, N.A. (Best Buy Co., Inc.),    c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd., Suite #200,    Tucson, AZ 85712-1083
20208964       +Capital One, N.A.(Menards),    c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite #200,
                 Tucson, AZ 85712-1083
19731103       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
19731104       +Chase Mht Bk,    Attention: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
19731105       +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
20126628        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
19731110       +Old Second Mtg/dovenmu,    1 Corporate Dr Ste 360,    Lake Zurich, IL 60047-8945
19731111       +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,    Greenville, TX 75403-5609
20382149       +eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,
                 Tucson, AZ 85712-1083
20305433        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19960314       +E-mail/Text: bncmail@w-legal.com May 09 2013 02:33:57     CERASTES, LLC,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
20356493        E-mail/PDF: rmscedi@recoverycorp.com May 09 2013 01:18:33     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
19916740        E-mail/PDF: mrdiscen@discoverfinancial.com May 09 2013 01:19:01     Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,    New Albany, OH  43054-3025
19731106       +E-mail/PDF: mrdiscen@discoverfinancial.com May 09 2013 01:19:01     Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
20103010        E-mail/PDF: rmscedi@recoverycorp.com May 09 2013 01:21:50     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
19731107       +E-mail/PDF: gecsedi@recoverycorp.com May 09 2013 01:14:49     Gemb/JC Penny,
                 Attention: Bankruptcy,   Po Box 103104,    Roswell, GA 30076-9104
20319375        E-mail/Text: cio.bncmail@irs.gov May 09 2013 00:50:11     INTERNAL REVENUE SERVICE,
                 INSOLVENCY GROUP 7,   1240 EAST NINTH STREET, RM 493,    CLEVELAND, OH  44199
19731108        E-mail/Text: cio.bncmail@irs.gov May 09 2013 00:50:11     Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
19731109       +E-mail/Text: bnckohlsnotices@becket-lee.com May 09 2013 00:54:29     Kohls/capone,    Po Box 3115,
                 Milwaukee, WI 53201-3115
19921461       +E-mail/Text: resurgentbknotifications@resurgent.com May 09 2013 00:53:12
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 19008,    Greenville, SC 29602-9008
20356494        E-mail/PDF: rmscedi@recoverycorp.com May 09 2013 01:13:22
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                             TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20305434*      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
                                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: cshabez              Page 2 of 3                  Date Rcvd: May 08, 2013
                              Form ID: pdf006            Total Noticed: 28

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 10, 2013**            **Signature:**   *Joseph Speetjens*

```
District/off: 0752-3          User: cshabez             Page 3 of 3             Date Rcvd: May 08, 2013
                              Form ID: pdf006           Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2013 at the address(es) listed below:
          Carole J. Ryczek    on behalf of Trustee Megan G Heeg carole.ryczek@usdoj.gov
          Megan G Heeg    heeg@egblc.com, IL55@ecfcbis.com
          Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Robert K. Naumann    on behalf of Debtor James L.G. Bork robert.naumann@naumannlaw.com, naumannr@yahoo.com
          Robert K. Naumann    on behalf of Joint Debtor Kristina M. Bork robert.naumann@naumannlaw.com, naumannr@yahoo.com
                                                                                                                    TOTAL: 6