**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION**

In re: BORK, JAMES L.G. § Case No. 12-84397
      BORK, KRISTINA M. §
       §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    MEGAN G. HEEG, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $166,201.89            Assets Exempt: $58,114.89
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,102.30    Claims Discharged
                                             Without Payment: $57,691.11

Total Expenses of Administration: $2,897.70

---

    3) Total gross receipts of $ 6,000.00 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,000.00
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $150,018.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,897.70 | 2,897.70 | 2,897.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,034.02 | 1,944.57 | 1,944.57 | 1,944.57 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 58,376.00 | 53,690.84 | 53,690.84 | 1,157.73 |
| **TOTAL DISBURSEMENTS** | $210,428.02 | $58,533.11 | $58,533.11 | $6,000.00 |

4) This case was originally filed under Chapter 7 on November 26, 2012. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/18/2013           By: /s/MEGAN G. HEEG
                                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cash on Hand | 1129-000 | 300.00 |
| Checking Acct x4924 | 1129-000 | 824.38 |
| Savings Acct x9622 | 1129-000 | 801.66 |
| Savings Acct x3802 | 1129-000 | 1,309.48 |
| Household goods, furnishings, appliances & elect | 1129-000 | 420.00 |
| 2004 Ford Focus | 1129-000 | 850.00 |
| 2000 Dodge Caravan | 1129-000 | 942.00 |
| 1988 Ford Festiva | 1129-000 | 280.00 |
| 15-foot Row Boat | 1129-000 | 56.00 |
| Computer & desk | 1129-000 | 42.00 |
| AUTOMOBILES AND OTHER VEHICLES | 1110-000 | 56.00 |
| Other Personal Property (unscheduled) | 1229-000 | 118.48 |
| **TOTAL GROSS RECEIPTS** | | **$6,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Old Second Mtg/dovenmu | 4110-000 | 150,018.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $150,018.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,350.00 | 1,350.00 | 1,350.00 |
| MEGAN G. HEEG | 2200-000 | N/A | 37.95 | 37.95 | 37.95 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 1,440.00 | 1,440.00 | 1,440.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 39.75 | 39.75 | 39.75 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,897.70 | $2,897.70 | $2,897.70 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13P | Internal Revenue Service | 5200-000 | 2,034.02 | 1,944.57 | 1,944.57 | 1,944.57 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $2,034.02 | $1,944.57 | $1,944.57 | $1,944.57 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 7,062.00 | 7,062.58 | 7,062.58 | 152.30 |
| 2 | Discover Bank | 7100-000 | 8,481.00 | 8,598.20 | 8,598.20 | 185.40 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 2,226.00 | 2,226.55 | 2,226.55 | 48.01 |
| 4 | CERASTES, LLC | 7100-000 | 6,295.00 | 6,330.60 | 6,330.60 | 136.51 |
| 5 | Us Dept Of Education | 7100-000 | 15,927.00 | 16,536.60 | 16,536.60 | 356.57 |
| 6 | Capital One, N.A. | 7100-000 | 2,665.00 | 2,665.68 | 2,665.68 | 57.48 |
| 7 | GE Capital Retail Bank | 7100-000 | 1,154.00 | 1,154.97 | 1,154.97 | 24.90 |
| 8 | FIA CARD SERVICES, N.A. | 7100-000 | 3,280.00 | 3,217.38 | 3,217.38 | 69.38 |
| 9 | Capital One, N.A.(Menards) | 7100-000 | 566.00 | 402.43 | 402.43 | 8.68 |
| 10 | Capital One, N.A. (Best Buy Co., Inc.) | 7100-000 | 1,743.00 | 1,543.17 | 1,543.17 | 33.27 |
| 11 | eCAST Settlement Corporation, assignee | 7100-000 | 2,355.00 | 2,370.99 | 2,370.99 | 51.13 |
| 12 | eCAST Settlement Corporation, assignee | 7100-000 | 1,464.00 | 1,464.27 | 1,464.27 | 31.57 |
| 13U | Internal Revenue Service | 7100-000 | N/A | 117.42 | 117.42 | 2.53 |
| NOTFILED | Citibank Sd, Na | 7100-000 | 4,918.00 | N/A | N/A | 0.00 |
| NOTFILED | All Kids and Familycare | 7100-000 | 240.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$58,376.00** | **$53,690.84** | **$53,690.84** | **$1,157.73** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-84397  
**Case Name:** BORK, JAMES L.G.  
BORK, KRISTINA M.  
**Period Ending:** 12/18/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 11/26/12 (f)  
**§341(a) Meeting Date:** 12/28/12  
**Claims Bar Date:** 04/12/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Single-family residence, Location: 1728 Russet L<br>   Orig. Description: Single-family residence, Location: 1728 Russet Ln, Sycamore IL 60178 | 137,587.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on Hand<br>   Orig. Description: Cash on Hand Location: 1728 Russet Ln, Sycamore IL 60178 | 300.00 | 300.00 | | 300.00 | FA |
| 3 | Checking Acct x4924<br>   Orig. Description: Checking Acct x4924 Location: American Midwest Bank, 124 S Main St,, Sycamore, IL 60178 | 1,293.80 | 824.38 | | 824.38 | FA |
| 4 | Savings Acct x9622<br>   Husband's Savings Acct x9622 Location: American Midwest Bank, 124 S Main St,, Sycamore, IL 60178 | 801.66 | 801.66 | | 801.66 | FA |
| 5 | Savings Acct x3802<br>   Husband's Savings Acct x3802 Location: Illinois Community Credit Union, 508 W, State St, Sycamore, IL 60178 | 1,294.54 | 1,309.48 | | 1,309.48 | FA |
| 6 | Checking Acct x3802<br>   Orig. Description: Checking Acct x3802 Location: Illinois Community Credit Union, 508 W, State St, Sycamore, IL 60178 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Household goods, furnishings, appliances & elect<br>   Orig. Description: Household goods, furnishings, appliances & electronics Location: 1728 Russet Ln, Sycamore IL 60178 | 750.00 | 420.00 | | 420.00 | FA |
| 8 | Family pictures<br>   Orig. Description: Family pictures Location: 1728 Russet Ln, Sycamore IL 60178 | 20.00 | 0.00 | | 0.00 | FA |
| 9 | Necessary wearing apparel - Debtor<br>   Orig. Description: Necessary wearing apparel - Debtor Location: 1728 Russet Ln, Sycamore IL 60178 | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Necessary wearing apparel - Joint Debtor<br>   Orig. Description: Necessary wearing apparel - Joint Debtor Location: 1728 Russet Ln, Sycamore IL 60178 | 200.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-84397  
**Case Name:** BORK, JAMES L.G.  
BORK, KRISTINA M.  
**Period Ending:** 12/18/13  

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 11/26/12 (f)  
**§341(a) Meeting Date:** 12/28/12  
**Claims Bar Date:** 04/12/13  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | Necessary wearing apparel - Dependents<br>Orig. Description: Necessary wearing apparel - Dependents Location: 1728 Russet Ln, Sycamore IL 60178 | 200.00 | 0.00 | | 0.00 | FA |
| 12 | Access Services of Northern Illinois 403(B) Plan<br>Orig. Description: Access Services of Northern Illinois 403(B) Plan x1580 Location: Principal Financial Group | 772.89 | 0.00 | | 0.00 | FA |
| 13 | Caterpillar Inc. Tax Deferred Retirement Plan x7<br>Orig. Description: Caterpillar Inc. Tax Deferred Retirement Plan x7632 Location: Hewitt & Associates | 6,781.17 | 0.00 | | 0.00 | FA |
| 14 | Reitrement Acct<br>Orig. Description: Reitrement Acct Location: TIAA CREF Financial Services, 730 Third, Ave, New York, NY 10017-3206 | 3,389.72 | 0.00 | | 0.00 | FA |
| 15 | Illinois Municipal Retirement Fund Acct<br>Orig. Description: Illinois Municipal Retirement Fund Acct Location: Illinois Municipal Retirement Fund | 8,551.11 | 0.00 | | 0.00 | FA |
| 16 | Series EE U.S. Savings Bonds<br>Series EE U.S. Savings Bonds Location: 1728 Russet Ln, Sycamore IL 60178 (in Husband's name, w/ Wife POD) | 8,500.00 | 0.00 | | 0.00 | FA |
| 17 | 2004 Ford Focus<br>Husband's 2004 Ford Focus Location: 1728 Russet Ln, Sycamore IL 60178 | 3,917.00 | 850.00 | | 850.00 | FA |
| 18 | 2000 Dodge Caravan<br>2000 Dodge Caravan Location: 1728 Russet Ln, Sycamore IL 60178 | 1,682.00 | 942.00 | | 942.00 | FA |
| 19 | 1988 Ford Festiva<br>Husband's 1988 Ford Festiva Location: 1728 Russet Ln, Sycamore IL 60178 | 500.00 | 280.00 | | 280.00 | FA |
| 20 | 15-foot Row Boat<br>Orig. Description: 15-foot Row Boat Location: 1728 Russet Ln, Sycamore IL 60178 | 100.00 | 56.00 | | 56.00 | FA |

Page: 3

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-84397  
**Case Name:** BORK, JAMES L.G.  
BORK, KRISTINA M.  
**Period Ending:** 12/18/13

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 11/26/12 (f)  
**§341(a) Meeting Date:** 12/28/12  
**Claims Bar Date:** 04/12/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 21 | Computer & desk<br>  Orig. Description: Computer & desk Location: 1728 Russet Ln, Sycamore IL 60178 | 75.00 | 42.00 | | 42.00 | FA |
| 22 | AUTOMOBILES AND OTHER VEHICLES<br>  Trailer in Husband's name | 0.00 | 56.00 | | 56.00 | FA |
| 23 | Other Personal Property (unscheduled) (u)<br>  Tools, incluidng Craftsmen tools | 0.00 | 118.48 | | 118.48 | FA |
| 24 | Other Personal Property (unscheduled) (u)<br>  Potential tax refunds (3,200+ for 2011) | 0.00 | 0.00 | | 0.00 | FA |
| **24** | **Assets Totals** (Excluding unknown values) | **$176,915.89** | **$6,000.00** | | **$6,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   July 30, 2013        **Current Projected Date Of Final Report (TFR):**   April 23, 2013 (Actual)

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 12-84397 | **Trustee:** | MEGAN G. HEEG (330490) |
| **Case Name:** BORK, JAMES L.G. | **Bank Name:** | Rabobank, N.A. |
| BORK, KRISTINA M. | **Account:** | ****096466 - Checking Account |
| **Taxpayer ID #:** **-***0003 | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** 12/18/13 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/28/13 | | James and Kristina Bork Bork | Per Motion to Compromise | | 6,000.00 | | 6,000.00 |
| | {2} | | cash on hand              300.00 | 1129-000 | | | 6,000.00 |
| | {3} | | checking account          824.38 | 1129-000 | | | 6,000.00 |
| | {4} | | savings account           801.66 | 1129-000 | | | 6,000.00 |
| | {5} | | savings account         1,309.48 | 1129-000 | | | 6,000.00 |
| | {7} | | household goods           420.00 | 1129-000 | | | 6,000.00 |
| | {18} | | 2000 Dodge Caravan        942.00 | 1129-000 | | | 6,000.00 |
| | {19} | | 1988 Ford Festiva         280.00 | 1129-000 | | | 6,000.00 |
| | {20} | | Row boat                   56.00 | 1129-000 | | | 6,000.00 |
| | {21} | | computer & desk            42.00 | 1129-000 | | | 6,000.00 |
| | {22} | | Trailer                    56.00 | 1110-000 | | | 6,000.00 |
| | {23} | | Tools, including          118.48 Craftsman tools | 1229-000 | | | 6,000.00 |
| | {17} | | 2004 Ford Focus           850.00 | 1129-000 | | | 6,000.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,990.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,980.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,970.00 |
| 06/18/13 | 101 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $1,440.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,440.00 | 4,530.00 |
| 06/18/13 | 102 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $39.75, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 39.75 | 4,490.25 |
| 06/18/13 | 103 | Internal Revenue Service | Dividend paid 100.00% on $1,944.57; Claim# 13P; Filed: $1,944.57; Reference: XXXXX4628 | 5200-000 | | 1,944.57 | 2,545.68 |
| 06/18/13 | 104 | Discover Bank | Dividend paid 2.15% on $7,062.58; Claim# 1; Filed: $7,062.58; Reference: XXXXXXXXXXXX3879 | 7100-000 | | 152.30 | 2,393.38 |
| 06/18/13 | 105 | Discover Bank | Dividend paid 2.15% on $8,598.20; Claim# 2; Filed: $8,598.20; Reference: XXXXXXXXXXXX2278 | 7100-000 | | 185.40 | 2,207.98 |
| 06/18/13 | 106 | PYOD, LLC its successors and assigns as assignee | Dividend paid 2.15% on $2,226.55; Claim# 3; Filed: $2,226.55; Reference: XXXXXXXXXXXX5389 | 7100-000 | | 48.01 | 2,159.97 |
| 06/18/13 | 107 | CERASTES, LLC | Dividend paid 2.15% on $6,330.60; Claim# 4; Filed: $6,330.60; Reference: XXXXXXXXXXXX9910 | 7100-000 | | 136.51 | 2,023.46 |
| 06/18/13 | 108 | Us Dept Of Education | Dividend paid 2.15% on $16,536.60; Claim# 5; Filed: $16,536.60; Reference: XXXXXXXXXXXX9736 | 7100-000 | | 356.57 | 1,666.89 |

Subtotals :     $6,000.00     $4,333.11

{} Asset reference(s)                                                                                  Printed: 12/18/2013 01:41 PM     V.13.13

Case 12-84397    Doc 45    Filed 12/18/13    Entered 12/18/13 13:42:59    Desc Main
Document      Page 10 of 11

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-84397  
**Case Name:** BORK, JAMES L.G.  
BORK, KRISTINA M.  
**Taxpayer ID #:** **-***0003  
**Period Ending:** 12/18/13  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****096466 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/18/13 | 109 | Capital One, N.A. | Dividend paid  2.15% on $2,665.68; Claim# 6; Filed: $2,665.68; Reference: XXXXXXXXXXXX3047 | 7100-000 | | 57.48 | 1,609.41 |
| 06/18/13 | 110 | GE Capital Retail Bank | Dividend paid  2.15% on $1,154.97; Claim# 7; Filed: $1,154.97; Reference: XXXXXXXXXXXX3257 | 7100-000 | | 24.90 | 1,584.51 |
| 06/18/13 | 111 | FIA CARD SERVICES, N.A. | Dividend paid  2.15% on $3,217.38; Claim# 8; Filed: $3,217.38; Reference: XXXXXXXXXXXX9763<br>Stopped on 10/10/13 | 7100-000 | | 69.38 | 1,515.13 |
| 06/18/13 | 112 | Capital One, N.A.(Menards) | Dividend paid  2.15% on $402.43; Claim# 9; Filed: $402.43; Reference: XXXXXXXXXXXX6866 | 7100-000 | | 8.68 | 1,506.45 |
| 06/18/13 | 113 | Capital One, N.A. (Best Buy Co., Inc.) | Dividend paid  2.15% on $1,543.17; Claim# 10; Filed: $1,543.17; Reference: XXXXXXXXXXXX2666 | 7100-000 | | 33.27 | 1,473.18 |
| 06/18/13 | 114 | eCAST Settlement Corporation, assignee | Dividend paid  2.15% on $2,370.99; Claim# 11; Filed: $2,370.99; Reference: XXXXXXXXXXXX4105 | 7100-000 | | 51.13 | 1,422.05 |
| 06/18/13 | 115 | eCAST Settlement Corporation, assignee | Dividend paid  2.15% on $1,464.27; Claim# 12; Filed: $1,464.27; Reference: XXXXXXXXXXXX2446 | 7100-000 | | 31.57 | 1,390.48 |
| 06/18/13 | 116 | Internal Revenue Service | Dividend paid  2.15% on $117.42; Claim# 13U; Filed: $117.42; Reference: | 7100-000 | | 2.53 | 1,387.95 |
| 06/18/13 | 117 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,387.95 | 0.00 |
| | | | Dividend paid 100.00%        1,350.00<br>on $1,350.00;  Claim# ;<br>Filed: $1,350.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%         37.95<br>on $37.95;  Claim# ;<br>Filed: $37.95 | 2200-000 | | | 0.00 |
| 10/10/13 | 111 | FIA CARD SERVICES, N.A. | Dividend paid  2.15% on $3,217.38; Claim# 8; Filed: $3,217.38; Reference: XXXXXXXXXXXX9763<br>Stopped: check issued on 06/18/13 | 7100-000 | | -69.38 | 69.38 |
| 10/10/13 | 118 | FIA CARD SERVICES, N.A. | Ref # XXXXXXXXXXXX9763 | 7100-000 | | 69.38 | 0.00 |

Subtotals :         $0.00         $1,666.89

{} Asset reference(s)

Printed: 12/18/2013 01:41 PM     V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 12-84397 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | BORK, JAMES L.G. | | **Bank Name:** | Rabobank, N.A. |
| | BORK, KRISTINA M. | | **Account:** | ****096466 - Checking Account |
| **Taxpayer ID #:** | **-***0003 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 12/18/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 6,000.00 | 6,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,000.00 | 6,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,000.00** | **$6,000.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****096466** | 6,000.00 | 6,000.00 | 0.00 |
| | $6,000.00 | $6,000.00 | $0.00 |

{} Asset reference(s)   Printed: 12/18/2013 01:41 PM    V.13.13